NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PHILIP L. RICE,**
*Claimant-Appellant,*

**v.**

**ROBERT A. MCDONALD, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2014-7113

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 13-1083, Chief Judge Bruce E. Kasold.

---

## ON MOTION

---

## O R D E R

Philip L. Rice moves for an extension of time, until December 12, 2014, to file his reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

2                                                        RICE v. MCDONALD

FOR THE COURT

<u>/s/ Daniel E. O'Toole</u>
Daniel E. O'Toole
Clerk of Court

s21